IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTONIO MCGEE, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-69(HL) |
| | * |
| Sheriff ASHLEY PAULK, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 16, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 16th day of August, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk